*March 16, 2017*

2017-Ohio-922.]

### 2017–0356. State ex rel. Franklin v. Stark Cty. Dept. of Job & Family Servs.

Stark App. No. 2016CA00109. On appellant's memorandum in support of jurisdiction. This cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. 501.

The clerk shall issue an order for the transmission of the record from the Court of Appeals for Cuyahoga County, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07.

### 2016–1846. Disciplinary Counsel v. Edmondson.

Sua sponte, Christina Rose Edmondson, Attorney Registration No. 0080214, last known business address in Hebron, Kentucky, found in contempt for failure to file an affidavit of compliance on or before February 10, 2017.

*March 17, 2017*

2017-Ohio-952.]

### 2017–0101. State v. Workman.

Auglaize App. No. 2-16-03. On appellee's motion to strike motion for delayed appeal. Motion denied as moot.